**ROSE M. WEBER**
ATTORNEY AT LAW
225 BROADWAY • SUITE 1608
NEW YORK, NEW YORK 10007

FAX: (212) 791-4149                                                                                           TELEPHONE: (212) 748-3355


October 30, 2007


**BY ECF**
Honorable James Orenstein
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:   *Roosevelt McCoy v. City of New York, et al.*, 07 CV 4143 (RJD) (JO)

Your Honor:

       I write to advise the Court that I have consulted with my client and am informed that he has never used the alias "Roosevelt Mack."  I am also advised that his conviction was not for burglary.  Accordingly, I feel reasonably certain that my client is not the gentleman about whom the Court was concerned, and that there is no reason for recusal.

       Thank you for your consideration in this matter.

       Respectfully,

       /s

       Rose M. Weber (RW 0515)

cc:     Jessica Cohen, Esq. (by ECF)